MMS:JMH
F.#2015R02053

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

SASHA HONORE,

              Defendant.

– – – – – – – – – – – – – – X

MOTION AND ORDER
DISMISSING THE INDICTMENT
WITH PREJUDICE

16-CR-114 (ERK)

       The United States of America hereby moves to dismiss the indictment with prejudice as to the above-named defendant. Counsel for the defendant does not oppose this motion.

Dated:    Brooklyn, New York
           March 13, 2017

/s/ J. Matthew Haggans
J. Matthew Haggans
Assistant U.S. Attorney

ORDER DISMISSING THE INDICTMENT WITH PREJUDICE

       The United States having moved to dismiss the indictment with prejudice, and there being no opposition, the motion to dismiss the indictment with prejudice is granted as to the above-named defendant.

Dated:    Brooklyn, New York
           _____, 2017

                                        THE HONORABLE EDWARD R. KORMAN
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK